UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    ) <br>        Plaintiff,  )<br>    ) <br> v.  )<br>    ) <br> TROY GREEN,  )<br> SONYA SYMONS,  )<br>    ) <br>        Defendants.  ) | No. CR-09-6062-EFS-2<br>    CR-09-6062-EFS-3<br><br>ORDER GRANTING MOTION TO<br>EXPEDITE AND ORDER GRANTING<br>MOTION TO MODIFY CONDITIONS<br>OF RELEASE TO ALLOW FAMILY<br>CONTACT |

   BEFORE THE COURT is Defendant Troy Green's Motion to modify the release conditions entered October 28, 2009, specifically condition number 16, that there be no contact between Co-Defendants. Counsel for Ms. Symons joins in the Motion. Mr. Green has also filed a motion to expedite under L.R. 7.1(h)(6), Local Rules for the Eastern District of Washington. Assistant U.S. Attorney Ellis has responded orally.

   Mr. Green and Ms. Symons are brother and sister. Their mother, Karen Vaca will be holding a family gathering from December 18, 2009, through December 20, 2009, in which many members of the family will be attending. Mr. Green requests that the condition allowing no contact between Co-Defendants be modified as to he and Ms. Symons for the weekend of the gathering so that he may attend the holiday gathering with his family. Mr. Green will not have any conversation or contact with Ms. Symons regarding this matter. For good cause shown,

   **IT IS ORDERED** that the Motion to Expedite and Motion to Modify

ORDER GRANTING MOTION TO EXPEDITE AND ORDER GRANTING MOTION TO
MODIFY CONDITIONS OF RELEASE TO ALLOW FAMILY CONTACT - 1

**(Ct. Rec. 79, No. CR-09-6062-EFS-2)** are **GRANTED.** Condition number 16 is **modified** to allow contact between Mr. Green and Ms. Symons over the weekend of December 18 through December 20, 2009, with strict instructions that neither Mr. Green nor Ms. Symons will discuss this instant matter with one another or with other members of the family.

The Clerk of the court shall provide copies of this Order to counsel for the parties and to the U.S. Probation Office.

DATED December 17, 2009.

S/ CYNTHIA IMBROGNO<br>
UNITED STATES MAGISTRATE JUDGE